AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1Q8A-MP-2230435 | Date and time warrant executed: 09/10/2018 | Copy of warrant and inventory left with: In Truck |
|---|---|---|

Inventory made in the presence of: SSRA D. Genck

Inventory of the property taken and name of any person(s) seized:

5 electronic modules / components

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/10/18

Executing officer's signature

Steven Lukacs
Printed name and title