# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) ) | **ORDER** |
| A 2011 Chevrolet Silverado K2500 with VIN 1GC1KXCG8BF262445 | ) ) | Case No. 1:18-mj-292 |

Before the court is the Government's motion to seal the above-entitled action for an additional 180 days. It avers that disclosure of this matter may compromise an ongoing investigation.

For good cause shown, the court **GRANTS** the motion (Doc. No. 4). The Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the supporting Affidavit, Search Warrant Return, and the Government's Motion to Seal, shall be remain under seal until April 22, 2019, at which time it shall be unsealed without further order of the court.

Dated this 24th day of October, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge