# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| A 2011 Chevrolet Silverado K2500 with ) | |
| VIN 1GC1KXCG8BF262445           ) | Case No.  1:18-mj-292 |

Before the court is the United States's motion to seal the above-entitled action for an additional 180 days. It avers that disclosure of this matter may compromise an ongoing investigation.

For good cause shown, the court **GRANTS** motion (Doc. No. 8). The Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the supporting Affidavit, Search Warrant Return, and the Government's Motion to Seal, shall be remain under seal until April 27, 2020, at which time it shall be unsealed without further order of the court

**IT IS SO ORDERED.**

Dated this 1st day of October, 2019.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court